DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**OSCAT ENTERPRISES INC.,** a Florida corporation, **OSCAR ROJAS,**
individually, **CATALINA ROJAS,** individually, **STEVE REIDER,**
individually, and **WILMA REIDER,** individually,
Appellants,

v.

**FORTRESS CAPITAL NOTE ACQUISITION, LLC,** a Florida Limited
Liability Company, **FORTRESS PALM COAST,** a Florida Limited Liability
Company, **UPFRONT HOLDING, LLC,** An Alabama Limited Liability
Company, **PALM COAST PLAZA, INC.,** a Florida Corporation, **CMG
FORTRESS I, LLC,** a Florida Limited Liability Company, and **KARILYN
YOUNGMAN,** an individual,
Appellees.

No. 4D22-1384

[July 13, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm
Beach County; Bradley Harper, Judge; L.T. Case No. 50-2014-CA-004562-
XXXX-MB-AE.

Jeff Allen Harrington of Harrington Legal Alliance, West Palm Beach,
for appellants.

Nicholas F. Demes and John H. Reynolds of Reynolds & Reynolds, P.L.,
West Palm Beach, for appellee Fortress Capital Note Acquisition, LLC.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and CONNER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***